No. 532. CALBECK, DEPUTY COMMISSIONER, BUREAU OF EMPLOYEES' COMPENSATION, ET AL. *v.* TRAVELERS INSURANCE CO. ET AL. Certiorari, 368 U. S. 946, to the United States Court of Appeals for the Fifth Circuit. The motion of Isabell Scott McGuyer for leave to participate in oral argument, as *amicus curiae,* is denied.

No. 704, Misc. WOMACK *v.* MAXWELL, WARDEN;
No. 1008, Misc. PRICE *v.* OHIO; and
No. 1014, Misc. MYERS *v.* BLALOCK, HOSPITAL SUPERINTENDENT. Motions for leave to file petitions for writs of habeas corpus denied.

No. 658, Misc. BANDY *v.* UNITED STATES. Motion for leave to file petition for writ of habeas corpus denied.

MR. JUSTICE DOUGLAS dissenting:

We remanded this petitioner's case to the Court of Appeals for the Eighth Circuit on December 5, 1960, for a hearing on questions admittedly not "frivolous" within the meaning of Rule 46 (a)(2) of the Federal Rules of Criminal Procedure. 364 U. S. 477. But as of the date of this application the appeal had not been disposed of. Meanwhile Bandy had spent over two years in jail, time not credited on any sentence he may ultimately serve. I would therefore treat this application as one for release on personal recognizance and grant the relief for the reasons stated in my opinion as Circuit Justice in *Bandy* v. *United States,* 82 Sup. Ct. 11.

No. 1002, Misc. MORGAN *v.* McNEILL, HOSPITAL SUPERINTENDENT. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.